**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7048

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

        v.

ALBERT BETEMIT, a/k/a Juan Lopez, a/k/a Jose Ivan Torres,
a/k/a Jose Frias,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge. (3:95-cr-00064-REP-1)

Submitted:  November 18, 2010        Decided:  December 1, 2010

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Albert Betemit, Appellant Pro Se.  Norval George Metcalf,
Assistant United States Attorney, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Betemit appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Betemit</u>, No. 3:95-cr-00064-REP-1 (E.D. Va. July 14, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>